## DISCIPLINARY DOCKET

**98–423.  Columbus Bar Assn. v. King.**

On May 11, 1998, respondent filed a motion to strike relator's answer brief filed pursuant to Gov.Bar R. V(8). Whereas respondent's motion is, in substance, a reply brief to relator's answer brief, and there is no provision under Gov.Bar R. V(8) for the filing of a reply brief,

IT IS ORDERED by the court, *sua sponte*, that the motion to strike relator's answer brief be, and hereby is, stricken.

**98–424.  Columbus Bar Assn. v. Pope.**

On May 13, 1998, respondent filed a motion to strike relator's answer brief filed pursuant to Gov.Bar R. V(8). Whereas respondent's motion is, in substance, a reply brief to relator's answer brief, and there is no provision under Gov.Bar R. V(8) for the filing of a reply brief,

IT IS ORDERED by the court, *sua sponte*, that the motion to strike relator's answer brief be, and hereby is, stricken.

**98–713.  Disciplinary Counsel v. Atkin.**

Upon consideration of respondent's motion to file reduced number of copies,

IT IS ORDERED by the court that the motion to file reduced number of copies be, and hereby is, granted.